McMANUS, J.,
Concurs in Part and Dissents in Part.
[J respectfully concur with the portion of the majority’s opinion which finds the trial court did err in determining Mr. Smith’s income and ordering him to pay *467 $2,000.00 per month for permanent spousal support. Thus, I concur with the finding that the trial court’s judgment should be reversed.
I do, however, respectfully disagree with the finding that the trial court was not manifestly erroneous in finding Ms. Smith to be free from fault and the finding that she was in need of support. I believe the evidence presented to the trial court did not prove these findings. I also respectfully disagree with the majority’s finding that the trial court correctly denied Mr. Smith’s motion for new trial, which requested the presentation of live testimony.
I believe the trial court incorrectly made credibility determinations with regards to the parties, even though the matter was submitted by briefs only. Further, the evidence submitted by the parties was insufficient to establish the actual income of Mr. Smith. Therefore, I would remand this matter to the trial court for a full eviden-tiary hearing, complete with live testimony.